```
U.S. DISTRICT COURT - N.D. OF N.Y.
           F I L E D
           APR - 1 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

AGRO-FARMA,

                Plaintiff,

vs.

STONYFIELD FARM, INC.,
SCHREIBER FOODS, INC., and
HONEST WEIGHT
FOOD COOPERATIVE, INC,

                Defendants.

---

**ORDER TO SHOW CAUSE**

Case No.: 3:09-CV-315 TJM/DEP

UPON the annexed affidavit of James S. Gleason sworn to April 1, 2009, and the accompanying memorandum of law, and all of the pleadings and proceedings heretofore had herein, Plaintiff Agro-Farma is hereby

ORDERED TO SHOW CAUSE before the Honorable Thomas J. McAvoy at the Federal Courthouse located at _____ on _____, 2009, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be entered requiring Agro-Farma's response to the Motion for Transfer to be submitted at the same time as its reply for the motion to remand on _____ and consolidating oral argument on Agro-Farma's motion for remand and Stonyfield Farm's Inc.'s motion to stay, dismiss or transfer on _____; and it is further

ORDERED that response papers, if any, shall be served no later than _____ and it is further

ORDERED that oral argument on the Order to Show Cause will be heard on

DENIED.

_____ at _____.

Dated: 4-1-09

*Thomas J. McAvoy*
U.S. District Court Judge