UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

AGRO-FARMA, INC.,

          Plaintiff,

                                          Case No.: 3:09-CV-315
                                          (TJM/DEP)
     v.

STONYFIELD FARM, INC., SCHREIBER FOODS,
INC. and HONEST WEIGHT FOOD COOPERATIVE,
INC.,

          Defendants.

---

THOMAS J. McAVOY,
Senior United States District Judge

## DECISION & ORDER

For the reasons articulated from the bench on April 13, 2009, Plaintiff's motion to remand this action to state court, dkt. # 8 , is **DENIED**. Also for the reasons articulated from the bench on April 13, 2009, the Court *sua sponte* **DISMISSES** all claims against Defendant HONEST WEIGHT FOOD COOPERATIVE, INC. pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

DATED: April 14, 2009

                                                Thomas J. McAvoy
                                                Senior, U.S. District Judge